*licitor General Washington* for the United States. Respondent *pro se.*

No. 840.  KENNEDY, WARDEN, *v.* UNITED STATES EX REL. KULICK.  January 20, 1947.  Alexander substituted as the party petitioner herein.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.  *Acting Solicitor General Washington* for petitioner.  *Hayden C. Covington* for respondent.

No. 535.  SUNAL *v.* LARGE, SUPERINTENDENT.  January 20, 1947.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted.  *Hayden C. Covington* for petitioner.  *Solicitor General McGrath, Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 755.  McCULLOUGH *v.* KAMMERER CORPORATION ET AL.  February 3, 1947.  The petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted limited to the first question presented by the petition for the writ.  *R. Whelton Whann, A. W. Boyken, Robert M. McManigal* and *W. Bruce Beckley* for petitioner.  *Frederick S. Lyon* and *Leonard S. Lyon* for respondents.

No. 540.  FOSTER ET AL. *v.* ILLINOIS.  February 3, 1947. Petition for writ of certiorari to the Supreme Court of Illinois granted.  Petitioners *pro se.  George F. Bar-*